MR



RECEIVED
11/19/2024
VKM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED
5/30/2025
JXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DAVID JAMES WITT

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

DUPAGE COUNTY
BOB BERLIN
ROB MCELLIN
RENEE BROCKMAN
CHELSEA BIANCI
ANN CELINE WALSH

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

1:24-cv-11942
Judge: Andrea R. Wood
Magistrate Judge: Beth W. Jantz
PC 1
RANDOM / CAT 3

Case No:____________________
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

*DEFENDANTS

RICK KAYNE

PART II DEFENDANTS

D. CHELSEA BIANCI
PROBATION OFFICER
DUPAGE COUNTY PROBATION

E ANN CELINE WALSH
JUDGE
DUPAGE COUNTY COURTHOUSE

**I. Plaintiff(s):**

A. Name: DAVID JAMES WITT

B. List all aliases:

C. Prisoner identification number: R64166

D. Place of present confinement: LINCOLN CC

E. Address: 1098 1350TH ST LINCOLN IL 62656

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: BOB BERLIN

Title: HEAD STATES ATTORNEY DUPAGE COUNTY

Place of Employment: DUPAGE COUNTY COURT HOUSE

B. Defendant: ROB MCELLIN

Title: HEAD OF PROBATION

Place of Employment: DUPAGE COUNTY PROBATION

C. Defendant: RENEE BROCKMAN

Title: SCRAM OFFICER / PROBATION

Place of Employment: DUPAGE COUNTY PROBATION

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: DAVID WITT VS SCRAM

B. Approximate date of filing lawsuit: July 18, 2024

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DAVID JAMES WITT

D. List all defendants: SCRAM

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______

F. Name of judge to whom case was assigned: ______

G. Basic claim made: DEVICE CAUSED BODILY INJURY AND COMPANY/MANUFACTURER NEGLIGENT

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: ______

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

WAS administered SCRAM device on July 27th 2022. ~~SH~~ Suffered multiple injuries from ~~thru~~ Nov 2023 - Dec 2023 and on until my surrender date 3/25/24. BOB BERLIN WAS made aware through probation where Rob Mcellen and Renee Brockman refused to inform Judge Walsh because it wasnt a "violation" Attorney Rick Kayne failed to advocate for a different form of punishment stating he had seen way worse. Judge Walsh was shown pics in a court appearance and simply stated she was aware of my injuries. My probation officer Chelsea Bianca simply responded with "I hope they find one to fit you" SCRAM Director DAVIS informed me to go to E.R where it was then denied removal by Probation department



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Hold everyone accountable and recognize I wore and endured pain for 20 months and an apology

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 11 day of Nov, 2024

David Witt
(Signature of plaintiff or plaintiffs)

DAVID WITT
(Print name)

R64166
(I.D. Number)

1098 1350th ST
LINCOLN IL 62656
(Address)

To Whom it May Concern,

My name is David Witt, and I am an inmate at Lincoln Correctional Center.

I cannot believe that NO ONE in DuPage County or the state of Illinois is taking any kind of responsibility about my injuries that I have suffered due to wearing the SCRAM bracelet for 20 months! I never had ONE violation from the bracelet while it was on my leg(s) and I ended up with cellulitis and in the hospital for 3 days and numerous urgent care visits.

I have permanent scarring from the bracelet and take inflammatory pills for the ongoing swelling that I continue to have in my legs.

This was cruel and unusual punishment and emotional distress that was not necessary or should be tolerated by anyone.

I have written numerous letters to officials in DuPage County, the state of Illinois and IDOC with not one result or any kind of feedback whatsoever.

I lost time at work and have thousands of dollars in medical bills. I am suing the manufacturer of the SCRAM device and am planning to file a civil suit against DuPage County and their Probation Department for their negligence in this matter if no action is taken.

Attached are the pictures of my legs to show the extent of the bleeding, scarring and swelling.

David Witt (R64166)

P.O. Box 549

Lincoln, IL 62656

To Whom it May Concern,

My name is David Witt and I was ordered to wear a SCRAM ankle bracelet for my DUI charges. A few months after the bracelet was put on my leg, I started having severe pain and breaking skin from the bracelet on my left leg that continued to get worse as the months went on. The pain got so severe that I went to the ER at Elmhurst Hospital in December of 2023 and they took one look at my leg and admitted me for cellulitis.

They removed the bracelet and immediately started IV antibiotics. I remained in the hospital for 2 days healing my leg. When I was released from the hospital, I had to go back to the probation office in DuPage County and get the bracelet put back on and they put it on my right leg this time. Sure enough, a few weeks later, my right leg also developed severe pain and breakage of skin. I went back to the ER and urgent care 3 times and the doctors saw that I had developed cellulitis in this leg as well. The bracelet was removed and placed back on my left leg which had barely healed from my previous wounds. The bracelet remained on until I was taken to DuPage County jail on 3/25/24.

As of today, I am incarcerated at Lincoln Correctional Center.

The attached pictures will back up my claims that this was cruel and unusual punishment for anyone to have to endure. I could not use the portable phone TRAC device because of my occupation as a banquet hall head chef and I told probation department at DuPage County that numerous times and they said then the only option was to keep the bracelet on, even though I've had cellulitis in both legs because of it.

This has cost me thousands of dollars in medical bills for something that should never have happened.

Please look at the attached pictures and contact me with any questions. I also have all doctor and hospital notes from my visits for more information on my wounds. I wanted to get this information out to someone that can help so that this doesn't happen to anyone ever again.

I currently have a pending lawsuit against the manufacturer of the bracelet and am considering litigation against DuPage County and their Probation department as well.

Thank you for your time,

David Witt

630-644-0933









**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.

COPIES PLEASE

DAVID WITT R64166
LINCOLN CC P.O. BOX 549
LINCOLN IL 62656

THIS CORRESPONDENCE IS
FROM AN OFFEDER OF THE
ILLINOIS DEPARTMENT OF CORRECTIONS




CLERK OF U.S DISTRICT COURT
UNITED STATES COURT HOUSE
219 S DEARBORN ST
CHICAGO IL 60604

RECEIVED
NOV 19 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

11/19/2024-38

© USPS 2022
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
FSC MIX Envelope FSC® C137131