# EXHIBIT A

CRIMINAL ORDER                                                                                      2022CF001509-244

**STATE OF ILLINOIS**          **UNITED STATES OF AMERICA**          **COUNTY OF DU PAGE**
                        **IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

PEOPLE OF THE STATE OF ILLINOIS

                                    2022CF001509

                        VS

                                    CASE NUMBER

DAVID J WITT

| |
|---|
| **FILED** |
| **24 Jan 30   PM 12: 01** |
| *Candice Adams* |
| **CLERK OF THE** |
| **18TH JUDICIAL CIRCUIT** |
| **DUPAGE COUNTY, ILLINOIS** |
| File Stamp Here |

**ORDER**

This cause coming before the Court; the Court being fully advised in the premises, and having jurisdiction of the subject matter:

**IT IS ORDERED,** based on the   DEFENDANT'S   motion:

DEFENDANT PRESENT IN COURT ON BOND WITH DEFENSE ATTORNEY. DEFENDANT ENTER PLEA AS TO COUNT 1. SEE IDOC ORDER. WAIVER OF JURY TRIAL KNOWINGLY AND VOLUNTARILY MADE. PLEA OF GUILTY KNOWINGLY AND VOLUNTARILY. SUFFICIENT FACTUAL BASIS EXISTS TO SUPPORT A FINDING OF GUILTY. DEFENDANT ADMONISHED AS TO TRIAL AND APPELLATE RIGHTS. DEFENDANT ADMONISHED AS TO MINIMUM AND MAXIMUM PENALTIES.

AS CONDITION OF DEFENDANT'S BOND, AND UNTIL DEFENDANT IS REMANDED INTO THE CUSTODY OF THE DUPAGE COUNTY SHERIFF/IDOC, DEFENDANT IS HEREBY REMOVED FROM SCRAM, AND SHALL SUBMIT TO TRAC DEVICE.

CASE IS CONTINUED TO 03/25/2024 AT 09:00 AM IN COURTROOM 4012 FOR JAIL CHECK
THE STATE'S MOTION TO NOLLE PROSEQUI:
COUNTS  0002,0003 (THE REASON STATED IS - OTHER) IS HEREBY GRANTED AND THE COUNTS ARE DISMISSED

Submitted by: ERIC VINCENT

DuPage Attorney Number 50227

Attorney for PEOPLE OF THE STATE OF ILLINOIS

503 N COUNTY FARM RD

WHEATON, IL, 60187

_____
                                    File Date : 01/30/2024
JUDGE ANN CELINE OHALLAREN WALSH
                Validation ID : DP-01302024-1139-36813

Date : _____ 01/30/2024 _____