# EXHIBIT B

SCRAM - ABSTAIN FROM ALCOHOL/MONITORING                    2022CF001509-272

```
                          UNITED STATES OF AMERICA
STATE OF ILLINOIS                                          COUNTY OF DU PAGE
          IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
```

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS<br><br><br>VS<br><br><br><br>DAVID J WITT<br><br>DEFENDANT | 2022CF001509<br>**CASE NUMBER** | **FILED**<br><br>**24 Feb 09   AM 09: 26**<br><br>*Candice Adams*<br>**CLERK OF THE**<br>**18TH JUDICIAL CIRCUIT**<br>**DUPAGE COUNTY, ILLINOIS**<br>File Stamp Here |

### ORDER FOR DEFENDANT TO ABSTAIN FROM ALCOHOL AND FOR SCRAM MONITORING

This cause having come before the Court and the Court being fully advised in the premises, and having jurisdiction of the subject matter:

**IT IS HEREBY ORDERED:**

As a condition of bond, Defendant shall neither possess nor consume any substance containing alcohol. To ensure compliance with the above condition, Defendant shall have a SCRAM transdermal alcohol monitoring device installed on his/her person through the Probation Department.

Defendant shall report immediately to the Probation Department for installation of a SCRAM device. Should Defendant be in custody at the DuPage County Jail, the Probation Department shall arrange for a SCRAM device to be installed while Defendant is in custody. Defendant shall remain in custody until the SCRAM device has been installed.

Defendant shall provide any documentation requested by the Probation Department.

The defendant shall continuously wear the SCRAM device until further order of this Court.

Defendant shall fully comply with all terms and conditions of this program and all instructions from the Probation Department.

Defendant shall ensure that no objects or obstructions come between the SCRAM device and his/her skin during the time in which he/she has been ordered to wear the device. Defendant shall not use any topical consumer or prescription products near the area to which the SCRAM device is attached without prior written approval from Probation.

Defendant shall immediately notify Probation personnel of any complications with the SCRAM device including, but not limited to, if it becomes loose or tight while being worn, any health issues experienced from wearing it, emergencies requiring removal of the device, or any suspected malfunction or condition which may interfere with the operation of the device.

The defendant must pay for the cost of the SCRAM equipment. An initial payment equal to two weeks monitoring fees shall be made upon equipment installation. Payment shall be made directly to the equipment provider (CAM Systems, 20 N. Wacker Drive, Chicago, IL 60606, telephone 800-208-3244).

SCRAM - ABSTAIN FROM ALCOHOL/MONITORING        CASE NUMBER   2022CF001909        2022CF001509-272

Defendant shall promptly pay all fees charged by CAM Systems or Probation including without limitation, for the installation, monitoring, maintenance and removal of the device, as well as for loss of the SCRAM device or damage to it while in Defendant's possession. Defendant shall be responsible for all telephone charges incurred from his/her use of the SCRAM device.

Defendant agrees and stipulates to the reliability of the science employed in the SCRAM device and to its general acceptance within the scientific community.

Pursuant to an agreement between the parties regarding the conditions of Defendant's bond, the Defendant stipulates to the admission of any reports of violations of the conditions imposed by this order that are reported by the SCRAM device, to the truth of the matters asserted therein at a future hearing to revoke his/her sentence or to revoke or increase the Defendant's bond in this case. The Court finds the Defendant has knowingly and voluntarily waived his or her right to confront witnesses with respect to such violations.

DEFENDANT PRESENT IN COURT ON BOND. DEFENDANT TO BE AFFIXED WITH SCRAM INSTANTER.

Submitted by: ERIC VINCENT

DuPage Attorney Number 50227

Attorney for PEOPLE OF THE STATE OF ILLINOIS

503 N COUNTY FARM RD

WHEATON, IL, 60187

**SO ORDERED,**

_____
File Date : 02/09/2024
JUDGE BRIAN W JACOBS
Validation ID : DP-02092024-0911-49614

**Date:** 02/09/2024 _____

**CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT** © Page : 2 of 2
**WHEATON, ILLINOIS 60187-0707**