# EXHIBIT C

CRIMINAL ORDER                                                                 2022CF001509-281

**STATE OF ILLINOIS**                    **UNITED STATES OF AMERICA**          **COUNTY OF DU PAGE**
                              **IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

PEOPLE OF THE STATE OF ILLINOIS

                                              2022CF001509                     **FILED**

                    VS
                                              CASE NUMBER                      **24 Mar 25   AM 09: 46**

                                                                              *Candice Adams*

DAVID J WITT                                                                    **CLERK OF THE**
                                                                               **18TH JUDICIAL CIRCUIT**
                                                                               **DUPAGE COUNTY, ILLINOIS**

                                                                               File Stamp Here

                                              **ORDER**

This cause coming before the Court; the Court being fully advised in the premises, and having jurisdiction of the subject matter:

**IT IS ORDERED,** based on the         COURT'S         motion:

DEFENDANT PRESENT IN OPEN COURT WITH DEFENSE ATTORNEY KAYNE. DEFENDANT SURRENDERED IN OPEN COURT FOR 3 YEAR IDOC SENTENCE.

Submitted by: ANNA ROMANDO

DuPage Attorney Number 50224

Attorney for PEOPLE OF THE STATE OF ILLINOIS
                                                          *Ann Celine O'Hallaren Walsh*
503 N COUNTY FARM RD                                       File Date : 03/25/2024
                                               _____
WHEATON, IL, 60187                             JUDGE ANN CELINE OHALLAREN WALSH
                                               Validation ID : DP-03252024-0923-5326

                                               Date : _____ 03/25/2024 _____

CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©          Page : 1 of 1
WHEATON, ILLINOIS 60187-0707

Visit http://www.i2file.net/dv to validate this document. Validation ID: DP-03252024-0923-5326