# GROUP
# EXHIBIT D

ADDITIONAL CONDITIONS OF BOND                                        2022CF001509-30

**STATE OF ILLINOIS**          **UNITED STATES OF AMERICA**          **COUNTY OF DU PAGE**
                    **IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

| PEOPLE OF THE STATE OF ILLINOIS | 2022CF001509 | **FILED** |
| vs. | **CASE NUMBER** | |
| | | **22 Jul 25   AM 10: 37** |
| DAVID J WITT | 300 W FULLERTON, #122, | |
| Defendant | Defendant's Address | **CLERK OF THE** |
| 02/10/1975 | ADDISON, IL, 60101 | **18TH JUDICIAL CIRCUIT** |
| Date of Birth | | **DUPAGE COUNTY, ILLINOIS** |
| NONE | $30,000.00 | File Stamp Here |
| LEADS Number | Amount of Bail | |

**ADDITIONAL CONDITIONS OF BOND**

Offense(s) Charged
  AGGRAVATED DUI - 4TH VIOLATION,
  AGGRAVATED DUI - 4TH VIOLATION - BAC .16 OR MORE.

As a condition of his/her release from custody, the above-named defendant is ordered
   to the following additional conditions of bond:

1.  Report immediately upon release to the Pretrial Services Unit of the DuPage
    County Department of Probation and Court Services, 503 N.County Farm Road,
    Wheaton, ILLinois(630)407-8317. Continue to report as directed by the Pretrial
    Unit.
2.  Contact the Pretrial Unit at least once weekly by phone or in person as directed
    by the Pretrial Unit.
3.  Report to the Pretrial Office after every Court date.
4.  Allow Pretrial Supervision Officers phone and personal contact within the home,
    work or elsewhere at any hour of the day to monitor conditions of bond.
5.  Appear before the Court on oral notice of the Pretrial Unit.
6.  Pay a Pretrial Service Fee of $75.00(with in 30 days of this order).
7.  Surrender any and all firearms, firearm ammunition and firearm owner's
    identification card to the ADDISON POLICE immediately upon release.
8.  Not consume any alcohol and submit to breathalyzer testing as directed by the
    Pretrial Unit.
9.  Not possess or consume any controlled substances, except as medically prescribed,
     and submit to drug testing as directed by the Pretrial Unit.
10. Other Conditions: DEFENDANT TO BE FITTED WITH SCRAM DEVICE UNTIL FURTHER ORDER
    OF COURT

File Date : 07/25/2022

Judge ANN CELINE OHALLARE  Date        Defendant              Date    Pretrial Officer         Date
Validation ID : DP-07252022-1028-29808

**Any violation of these orders may result in Court action, including Bond Revocation**

**CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©**
**WHEATON, ILLINOIS 60187-0707**

Visit http://www.i2file.net/dv to validate this document. Validation ID: DP-07252022-1028-29808

SCRAM - ABSTAIN FROM ALCOHOL/MONITORING                    2022CF001509-34

**UNITED STATES OF AMERICA**

STATE OF ILLINOIS                                           COUNTY OF DU PAGE

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

PEOPLE OF THE STATE OF ILLINOIS

VS

2022CF001509

**CASE NUMBER**

DAVID J WITT

DEFENDANT

# FILED

**22 Jul 25   AM 10: 37**

*Candice Adams*

**CLERK OF THE**

**18TH JUDICIAL CIRCUIT**

**DUPAGE COUNTY, ILLINOIS**

File Stamp Here

### ORDER FOR DEFENDANT TO ABSTAIN FROM ALCOHOL AND FOR SCRAM MONITORING

This cause having come before the Court and the Court being fully advised in the premises, and having jurisdiction of the subject matter:

**IT IS HEREBY ORDERED:**

As a condition of bond, Defendant shall neither possess nor consume any substance containing alcohol. To ensure compliance with the above condition, Defendant shall have a SCRAM transdermal alcohol monitoring device installed on his/her person through the Probation Department.

Defendant shall report immediately to the Probation Department for installation of a SCRAM device. Should Defendant be in custody at the DuPage County Jail, the Probation Department shall arrange for a SCRAM device to be installed while Defendant is in custody. Defendant shall remain in custody until the SCRAM device has been installed.

Defendant shall provide any documentation requested by the Probation Department.

The defendant shall continuously wear the SCRAM device until further order of this Court.

Defendant shall fully comply with all terms and conditions of this program and all instructions from the Probation Department.

Defendant shall ensure that no objects or obstructions come between the SCRAM device and his/her skin during the time in which he/she has been ordered to wear the device. Defendant shall not use any topical consumer or prescription products near the area to which the SCRAM device is attached without prior written approval from Probation.

Defendant shall immediately notify Probation personnel of any complications with the SCRAM device including, but not limited to, if it becomes loose or tight while being worn, any health issues experienced from wearing it, emergencies requiring removal of the device, or any suspected malfunction or condition which may interfere with the operation of the device.

The defendant must pay for the cost of the SCRAM equipment. An initial payment equal to two weeks monitoring fees shall be made upon equipment installation. Payment shall be made directly to the equipment provider (CAM Systems, 20 N. Wacker Drive, Chicago, IL 60606, telephone 800-208-3244).

**CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT**
**WHEATON, ILLINOIS 60187-0707**

© Page : 1 of 2

Visit http://www.i2file.net/dv to validate this document. Validation ID: DP-07252022-1028-37957

SCRAM - ABSTAIN FROM ALCOHOL/MONITORING     CASE NUMBER   2022CF001509     2022CF001509-34

Defendant shall promptly pay all fees charged by CAM Systems or Probation including without limitation, for the installation, monitoring, maintenance and removal of the device, as well as for loss of the SCRAM device or damage to it while in Defendant's possession. Defendant shall be responsible for all telephone charges incurred from his/her use of the SCRAM device.

Pursuant to an agreement between the parties regarding the conditions of Defendant's bond, the Defendant stipulates to the admission of any reports of violations of the conditions imposed by this order that are reported by the SCRAM device, to the truth of the matters asserted therein at a future hearing to revoke his/her sentence or to revoke or increase the Defendant's bond in this case. The Court finds the Defendant has knowingly and voluntarily waived his or her right to confront witnesses with respect to such violations.

Submitted by: CLAUDIA FANTAUZZO

DuPage Attorney Number 50106

Attorney for PEOPLE OF THE STATE OF ILLINOIS

503 N COUNTY FARM RD

WHEATON, IL, 60187

(630) 407-8000

**SO ORDERED,**

_File Date : 07/25/2022_

JUDGE ANN CELINE OHALLAREN WALSH
Validation ID : DP-07252022-1028-37957

**Date:** 07/25/2022

**CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT** © Page : 2 of 2
**WHEATON, ILLINOIS 60187-0707**

Visit http://www.i2file.net/dv to validate this document. Validation ID: DP-07252022-1028-37957