## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

David James Witt

         Plaintiff,

v.

                                          Case No.: 1:24–cv–11942

                                          Honorable Andrea R. Wood

Rob McEllin, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

     MINUTE entry before the Honorable Andrea R. Wood: Motion to withdraw as counsel for Plaintiff [50] is granted pursuant to Local Rule 83.38(a)(2) based on counsel's conflict of interest. The Clerk shall terminate the appearance of Andrew M. Ramage as counsel of record. The Court will recruit new counsel for Plaintiff by separate order. Telephonic status hearing set for 4/16/2026 is stricken and reset for 5/20/2026 at 9:15 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.