**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Witt v. McEllin, et al          Case Number: 1:24-cv-11942

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff

Attorney name (type or print): Russell Ainsworth

Firm: Loevy & Loevy

Street address: 311 N Aberdeen

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6280777          Telephone Number: 312-243-5900
(See item 3 in instructions)

Email Address: russell@loevy.com

Are you acting as lead counsel in this case?          ☑Yes  ☐No

Are you a member of the court's general bar?          ☑Yes  ☐No

Are you a member of the court's trial bar?          ☑Yes  ☐No

Are you appearing *pro hac vice*?          ☐Yes  ☑No

If this case reaches trial, will you act as the trial attorney?          ☑Yes  ☐No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  5/19/2026

Attorney signature:          S/ Russell Ainsworth
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023