**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David James Witt
Plaintiff,
v.
Case No.: 1:24−cv−11942
Honorable Andrea R. Wood
Rob McEllin, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 14, 2026:

MINUTE entry before the Honorable Beth W. Jantz: This case has been referred to Judge Jantz for discovery supervision and scheduling, as well as settlement [61], [62]. By 10/1/2026, after meeting and conferring, the parties shall submit a joint status report addressing: (1) a proposed discovery plan in accordance with Fed. R. Civ. P. 26(f)(3); and (2) the status of any settlement negotiations, including whether the parties are interested in settlement talks. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.